**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

Jason Gaza

    Plaintiff

                CIVIL ACTION FILE NO:8:17-cv-1811

v.

Auto Glass America, LLC., and
THE TEXTING COMPANY, INC., d/b/a,
Textedly.

    Defendant
_____/

**AMENDED COMPLAINT**

Plaintiff, brings this action against Defendants, on the grounds and the amounts set forth herein.

**I. PRELIMINARY STATEMENT**

This action arises out of the facts and circumstances surrounding text messages made to the Plaintiff. Plaintiff, an individual, institutes this action for actual and statutory damages against the defendant and the costs of this action against Defendant for violations of the Telephone Consumer Protection Act (hereinafter "TCPA") 47 U.S.C. 227 et seq.

**II. PARTIES**

1. Plaintiff is a natural person residing in Pasco County, Florida.

2. Defendant, Auto Glass America, LLC., is an automotive glass repair company who markets to consumers using text messages made using devices that are Automatic Telephone Dialing Systems. Defendant The Texting Company, Inc., is a company that is hired or otherwise contracted to send solicitation style text messages on behalf of third parties, in this case, Auto Glass America, LLC.

3. Defendant Auto Glass America, LLC., has been served upon their registered agent, Registered Agents Inc., 3030 N Rocky Point Drive Suite 105A, Tampa, Florida 33607.

4. Defendant The Texting Company, Inc., registered agent is Legalzoom.com, Inc., at 101 North Brand Blvd., 11th Floor, Glendale, CA 91791. Defendant, The Texting Company, Inc., principal place of business is 2536 East Workman Ave., West Covina, CA 91203.

5. For the purpose of this action, Defendant Auto Glass America, LLC., and The Texting Company, Inc., functioned as a joint enterprise (or otherwise had an agency relationship with one another) and the Defendants, collectively, sent the offending text messages listed below to Plaintiff's cell phone for the purpose of solicitation.

6. Neither Defendant had any authorization or legal excuse for sending the complained of text messages to Plaintiff's cell phone.

7. Defendant Auto Glass America, LLC., and The Texting Company, Inc., here herein collectively referred to as "Defendants".

### III. JURISDICTION AND VENUE

8. Jurisdiction is conferred on this Court by 28 U.S.C. 1331 and 28 U.S.C. 1367.

9. Venue is this District is proper in that the Defendants transact business here and the conduct of underlying the complaint occurred in Pasco County, Florida, which falls under the jurisdiction of the Tampa Division of the Middle District Court.

### IV. STATUTORY STRUCTURE TCPA

10. The Telephone Consumer Protection Act, 47 U.S.C. 227 ("TCPA") amended the Federal Communications Act 47 U.S.C. 151, et seq. ("FCA") to address the uses of automatic telephone dialing systems, artificial or prerecorded voice messages, SMS text messages reviewed by cell phones, and the use of fax machines to send unsolicited advertisements.  Under the TCPA "automatic telephone dialing system" (hereinafter "ATDS") means equipment which has the capacity-

(A) to store or produce telephone numbers to be called, using a random or sequential number generator; and

(B) to dial such numbers.

See, 47 U.S.C. 227 (a)(1).

11. Under the TCPA, it is unlawful to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice message to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call.

12. Under the TCPA, a person or entity may, if otherwise permitted by the laws of the rules of the court of a State, bring in an appropriate court of that State:

(A) an action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation,

(B) an action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater, or

(C) both such actions.

If the court finds that the defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under subparagraph (B) of this paragraph. 47 U.S.C. 227 (b)(3).

### V. FACTUAL ALLEGATIONS

9. Plaintiff is the subscriber of cell phone number 813-758-4367.

10. Plaintiff never gave express consent to the Defendants to receive text messages to his cell phone number.

11. Defendants or their agents texted no less than 5 times (five) with an ATDS to the Plaintiff's cell phone number listed above, without Plaintiff's permission or consent, in violation of the TCPA.

12. Text messages made with an ATDS as defined above constitute calls for the purposes of the TCPA and Defendants' conduct, as outlined in this Amended Complaint, have violated the TCPA.

### VI. TCPA VIOLATIONS

Plaintiff repeats, re-alleges, and incorporates by reference the foregoing paragraphs. The Defendants' violations of the TCPA include, but are not limited to, the following:

13. The actions of the Defendants individually and collectively violated the TCPA.

14. Defendants' texting the Plaintiff's cell phone without express consent with an ATDS the Defendant violated the TCPA. 47 U.S.C. 227.

15. Defendants' actions, texting the Plaintiff's cell phone knowing they did not have express consent to text or call with an ATDS the Defendant or Defendant's Agents willfully or knowingly violated the TCPA. 47 U.S.C. 227.

WHEREFORE, Plaintiff prays that judgment be entered against the Defendants for the following:

(1)  Statutory damages pursuant to TCPA 47 U.S.C. 227 (b)(3);

(2)  Statutory damages pursuant to TCPA 47 U.S.C. 227 (d)(3);

(3)  Injunctive relief;

(4)  Such other and further relief that the Court deems just and proper.

## Certificate of Service

    I hereby certify that the foregoing Amended Complaint, will be served upon Defendant The Texting Company Inc., via a duly appointed process server once the Amended Complaint has been approved with by this Court and the appropriate summons has been issued to The Texting Company, Inc., and that a copy of the foregoing will be

transmitted to Counsel for American Auto Glass, LLC., via the Court's electronic filing system that such will transmit a copy of the same to all counsel of record on this 8th day of December, 2017.

**s/W. John Gadd**

W. John Gadd

FL Bar Number 463061

**Bank of America Building**

2727 Ulmerton Road-Suite 250

Clearwater, FL 33762

Tel- (727) 524-6300

Email- wjg@mazgadd.com