UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

JASON GAZA

        Plaintiff

v.

AUTO GLASS AMERICA, LLC., AND THE TEXTING COMPANY, INC., D/B/A, TEXTEDLY

        Defendant

Case No.:8:17-CV-1811-JDW-AEP

## AFFIDAVIT OF PERSONAL SERVICE

That I, BRANDON H. SWEENEY hereby solemnly affirm under penalties of perjury and upon personal knowledge that the contents of the following document are true and do affirm I am a competent person over 18 years of age, not a party to this action and that I am certified and in good standing and/or authorized to serve process in the Judicial Circuit in which the process was served.

That on 2/1/2018 at 11:55 AM at 101 N. BRAND BOULEVARD, 11TH FLOOR, GLENDALE, CA 91203 I served THE TEXTING COMPANY, INC., D/B/A, TEXTEDLY with the following list of documents: SUMMONS AND AMENDED COMPLAINT by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with LEGAL ZOOM.COM, INC., AGENT FOR SERVICE B Y SERVING KIM K., SOP INTAKE CLERK - who is authorized to accept service on behalf of THE TEXTING COMPANY, INC., D/B/A, TEXTEDLY.

That the description of the person actually served is as follows: Gender: Female Race: BLACK Age: 46 Height: 5'4" Weight: 245 Hair: BLACK Eyes:BROWN Marks:

That I asked the person spoken to whether the Servee was in the active duty military service of the United States or in the state in which this service was made and was told [ ✓ ] No they were not [ ] Yes they are [ ] No answer was given.

That the fee for this Service is

Subscribed and sworn before me, a Notary Public, this 1st day of February, 2018

MICHAEL KERN
Notary Public
My Commision expires on: 2/23/2018

BRANDON H. SWEENEY
Contracted by SYLVIA'S PROCESS & INVESTIGATIVE SERVICES
P.O. BOX 49035
TAMPA, FL 33646
(813) 966-6180

Executed On: 02/01/18

MICHAEL KERN
COMM. # 2059000
NOTARY PUBLIC • CALIFORNIA
LOS ANGELES COUNTY
Comm. Exp. FEB. 23, 2018

Order #:53659
Their File