```
                U.S. District Court
              Middle District of Florida
        CIVIL DOCKET FOR CASE #: 8:17-cv-01811-JDW-AEP
```

Jason Gaza

    Plaintiff

                CIVIL ACTION FILE NO:8:17-cv-1811

v.

Auto Glass America, LLC., and
THE TEXTING COMPANY, INC., d/b/a,
Textedly.

    Defendants.
_____/

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT THE TEXTING COMPANY, INC., d/b/a, TEXTEDLY**

Plaintiff hereby gives notice of dismissal as to Defendant The Texting Company, Inc.

                                  **Respectfully submitted,**

                                  **s/ W. John Gadd**
                                       W. John Gadd
                              FL Bar Number 463061
                             Bank of America Building
                      2727 Ulmerton Road-Suite 250
                              Clearwater, FL 33762
                               Tel- (727) 524-6300
                          Email- wjg@mazgadd.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed via CM/ECF, which will provide electronic notification to counsel for Defendant on April 6, 2018.

<u>**s/ W. John Gadd**</u>
W. John Gadd
FL Bar Number 463061
Bank of America Building
2727 Ulmerton Road-Suite 250
Clearwater, FL 33762
Tel- (727) 524-6300
Email- wjg@mazgadd.com