UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON GAZA,

    Plaintiff,

v.                                  Case No: 8:17-cv-1811-T-27AEP

AUTO GLASS AMERICA, LLC, and THE
TEXTING COMPANY, INC., d/b/a
Textedly,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Notice of Voluntary Dismissal as to Defendant The Texting Company, Inc. d/b/a, Textedly (Dkt. 68). Upon consideration, The Texting Company, Inc., d/b/a Textedly is **DISMISSED** *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**DONE AND ORDERED** this 11th day of April, 2018.

                                                      JAMES D. WHITTEMORE
                                                      United States District Judge

Copies to:
Counsel of Record