UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:17-cv-1811-T-27AEP

JASON GAZA,

    Plaintiff,

Vs.

AUTOGLASS AMERICA, LLC,

    Defendant.

_____/

# DEFENDANT'S MOTION TO TAX COSTS AGAINST PLAINTIFF AND SUPPORTING MEMORANDUM OF LAW

The Defendant, AUTO GLASS AMERICA, LLC, by and through undersigned counsel, hereby files this Motion to Tax Costs Against Plaintiff pursuant to F.R.C.P. 54(d)(1), Local Rule 4.18, and the Court's final judgment against the Plaintiff and in favor of the Defendant. D.E. 43. Plaintiff further states the following in support thereof:

The Plaintiff filed a lawsuit alleging that the Defendant violated the federal Telephone Consumer Protection Act (TCPA) by using an Automated Telephone Dialing System (ATDS) to send solicitations to the Plaintiff via text message without the Plaintiff's consent. D.E. 20. After the close of discovery, Defendant filed a motion for summary judgment against the Plaintiff, arguing that Plaintiff failed to produce any evidence that would tend to prove the Defendant used an ATDS to send text messages in question to the Plaintiff. D.E. 40. The Court granted the Defendant's motion for summary judgment. D.E. 42. On November 5, 2018, the clerk entered a final judgment in favor of the Defendant and against the Plaintiff. D.E. 43.

A prevailing party must file a motion to tax costs against the losing party within 14 days of the entry of the final judgment. F.R.C.P. 54(d)(1) and Local Rule 4.18. This motion is therefore timely.

The taxable costs are set forth in Defendant's Bill of Costs filed pursuant to 28 U.S.C. §1920. D.E. 45. "The presumption is in favor of awarding costs." Arcadian Fertilizer, L.P. v. MPW Indus. Servs., Inc., 249 F.3d 1293, 1296 (11th Cir. 2001) (citing Manor Healthcare Corp. v. Lomelo, 929 F.2d 633, 639 (11th Cir.1991)).

WHEREFORE, Defendant requests that the Court grant this motion to Tax Costs.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been electronically served on:

Law Office of W. John Gadd, P.A.
Bank of America Building
2727 Ulmerton Rd. Ste. 250
Clearwater, FL 33762
Telephone: (727) 524-6300
wjg@mazgadd.com
Counsel for Plaintiff

on November 5, 2018.

/s/ Hannah Austin
HANNAH E. AUSTIN
Florida Bar No. 113231
Austin & Laurato, P.A.
1902 W. Cass Street
Tampa, FL 33606
Telephone: 813-258-0624
Facsimile: 813-258-4625
E-service: haustin@austinlaurato.com
E-service: efile@austinlaurato.com
Counsel for Auto Glass America, LLC