UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON GAZA,

    Plaintiff,

v.                                                       **Case No. 8:17-cv-1811-T-27AEP**

AUTO GLASS AMERICA, LLC, and
THE TEXTING COMPANY, INC. d/b/a/
TEXTEDLY,

    Defendants.
_____/

## DEFENDANT'S BILL OF COSTS TAXABLE AGAINST PLAINTIFF

The Defendant, AUTO GLASS AMERICA, LLC, by and through undersigned counsel, hereby submits the following Bill of Costs Taxable Against Plaintiff pursuant to 28 U.S.C. §1920 and pursuant to the Defendant's Motion to Tax Costs Against Plaintiff. D.E. 44. The clerk is requested to tax the following as costs:

Deposition Transcript of Anthony Prieto*......................................................................................185.40
(Pursuant to 28 U.S. 1920(4))

Deposition Transcript of Jason Gaza*.........................................................................................$188.35
(Pursuant to 28 U.S. 1920(4))

*Supporting documentation attached.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner: **electronic service**.

*/s/ Michael V. Laurato*
Michael V. Laurato, Esq.
Florida Bar No. 181447
For the Defendant, Auto Glass America, LLC
Date: November 5, 2018

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served on:

Law Office of W. John Gadd, P.A.
Bank of America Building
2727 Ulmerton Rd. Ste. 250
Clearwater, FL 33762
Telephone: (727) 524-6300
wjg@mazgadd.com
Counsel for Plaintiff

on November 5, 2018.

*/s/ Hannah Austin*
HANNAH E. AUSTIN
Florida Bar No. 113231
Austin & Laurato, P.A.
1902 W. Cass Street
Tampa, FL 33606
Telephone: 813-258-0624
Facsimile: 813-258-4625
E-service: haustin@austinlaurato.com
E-service: efile@austinlaurato.com
Counsel for Auto Glass America, LLC

# Invoice

A Pro Video and Court Reporting
505 E Jackson St, Suite 211
Tampa, FL 33602
Phone: (813)226-2882
Email: mary@aprocourtreporting.com

| DATE | INVOICE # |
|---|---|
| 6/28/2018 | 4755 |

| DUE DATE |
|---|
| 7/28/2018 |

**BILL TO**
Austin & Laurato, P.A.
1902 W. Cass Street
Tampa, FL 33606

Hannah E. Austin, Esq.

Jason Garza vs. Auto Glass America, LLC
Date: 6/18/18
Deponent: Anthony Prieto

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Transcript | Original - Pages | 35 | 4.50 | 157.50 |
| Etran | Ptx & Pdf | 1 | 25.00 | 25.00 |
| Exhibits | Scanned - pages | 9 | 0.65 | 5.85 |
| Word Index | No Charge | 1 |  | 0.00 |
|  | PLEASE MAIL PAYMENT TO:<br>A PRO VIDEO<br>434 BAHIA BEACH BLVD.<br>RUSKIN, FL 33570 |  |  | 0.00 |

Thank you for your business!

**Total** 188.35

# RIESDORPH
## REPORTING GROUP, INC.

A FULL-SERVICE COURT REPORTING AND LITIGATION SUPPORT FIRM

| BILL TO |
|---|
| Austin & Laurato, P.A. |
| 1902 West Cass Street |
| Tampa, FL 33606 |
| Attn: Hannah Austin, Esquire |

| DATE | INVOICE # |
|---|---|
| 6/12/2018 | 189977 |

| RE: | Gaza vs. Auto Glass | REPORTER | TAX ID # |
|---|---|---|---|
| DATE TAKEN: | 5/30/18 | Juliana Cary | 59-3494073 |

| DESCRIPTION | AMOUNT |
|---|---|
| Deposition of Jason Gaza | |
| Attendance | 75.00 |
| Original Transcript (24 pages) | 110.40 |
| Condensed Transcript with Index | 0.00 |
| PDF Transcript (via email) | 0.00 |

** Please return copy of invoice with payment **

Thank you for using Riesdorph Reporting Group, Inc.

**Total** $185.40

**Pay Invoice Online At: www.rrgtampa.com**



201 E. Kennedy Blvd. • Suite 712 • Tampa, Florida 33602
Tel: 813-222-8963 • Fax: 813-222-8964 • Toll Free: 866-258-8963 • www.rrgtampa.com